UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN LANGLEY | DOCKET NO. 15-CV-1666; SEC. P |
| VERSUS | JUDGE DRELL |
| WARDEN | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *writ of habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because Petitioner's claims are barred by the one-year limitations period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 16th day of July, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT